DF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
SANTINO TOMAINO,

             Plaintiff,

   -against-                              JUDGMENT IN A CIVIL CASE

LEOPOLD GASPARIK, individually, CHRIS
I. BUDESA, individually; SHERYL SCHULTZ,      Docket No.:
individually and as an employee of the Town of      CV 03 3809
Southampton, New York and TOWN OF
SOUTHAMPTON, NEW YORK,

             Defendants.
------------------------------------------------------X

    Defendants' Motions for Summary Judgment came on regularly for hearing before this Court on April 11, 2006;

    Arshad Majid appeared as attorney for Defendants Leopold Gasparik and Sheryl Schultz;
Brian A. Andrews appeared as attorneys for the Town of Southampton, New York
Toni Logue appeared as attorney for Chris I. Budesa;
Arthur Graseck, Jr. appeared as attorney for plaintiff;

    After considering the Motion and all supporting and opposing documents, and the Court having heard oral argument of counsel and otherwise being duly advised on all matters presented on this cause,

    IT IS HEREBY ORDERED that Defendants' Motions for Summary Judgment are hereby granted and that this action is hereby dismissed with prejudice.

    The Court reserves jurisdiction to determine costs and attorneys' fees.

Dated: May 22, 2006

                                                             /s/ Thomas C. Platt
                                                             HONORABLE THOMAS C. PLATT

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)
) ss.:
COUNTY OF SUFFOLK)

GILLIAN N. ERICKSON being duly sworn, deposes and says:

That I am over the age of eighteen (18) years, not a party to the within action and reside in Westhampton, New York.

That on the 18th day of May, 2006, I mailed the within **NOTICE OF SETTLEMENT AND PROPOSED JUDGMENT** to the following parties:

ARTHUR V. GRASECK, JR.
1870 Spur Drive South
Islip Terrace, New York 11752-1513

ELLIOT SPITZER
Attorney General for the State of New York
c/o Tony E. Logue
Assistant Attorney General
200 Old Country Road, Suite 460
Mineola, New York 11501

ARSHARD MAJID, ESQ.
300 Rabro Drive, Suite 112
Hauppauge, New York 11788-4256

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s)

GILLIAN N. ERICKSON

Sworn to before me on the
18th day of May, 2006.

ELLEN M. URBANSKI
Notary Public, State of New York
No. 01UR6142342
Qualified in Suffolk County
Commission expires 3/20/10

SLEDJESKI
&
TIERNEY, P.L.L.C.
18 FIRST STREET
P.O. BOX 479
RIVERHEAD, NY
11901
(631) 727-1515

ARSHARD MAJID, ESQ.
Attorney for GASPARIK & SCHULTZ
300 Rabro Drive, Suite #112
Hauppauge, New York 11788-4256

SLEDJESKI
&
TIERNEY, P.L.L.C.
18 FIRST STREET
P.O. BOX 479
RIVERHEAD, NY
11901
(631) 727-1515

2